477

**No. 66843.**—A. Zerkowitz & Co., Inc. *v.* United States, protest 61/11500 (San Francisco).

Opinion by Richardson, J.   The protest was dismissed.

**No. 66844.**—C. J. Tower & Sons of Niagara, Inc. *v.* United States, protest 60/22096 (Buffalo).

Opinion by Wilson, J.   In accordance with stipulation of counsel that the merchandise consists of "Diversol" similar in all material respects to that the subject of Abstract 65455, the claim of the plaintiff was sustained.

**No. 66845.**—D. H. Armaghanian *v.* United States, protest 60/2480(B) (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of electrically operated vacuums of the household type and similar to the household electric floor polishers the subject of *United States* v. *Electrolux Corporation* (46 C.C.P.A. 143, C.A.D. 718), the claim of the plaintiff was sustained.

**No. 66846.**—S. H. Pomerance Co., Inc., et al. *v.* United States, protests 58/3625, etc. (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the applicable regulations have now been complied with, the claim of the plaintiffs was sustained.

**No. 66847.**—S. H. Pomerance Co., Inc., et al. *v.* United States, protests 58/3626, etc. (New York).